IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENT PETER DARLING                                                    PETITIONER

vs.                              2:08CV00165 WRW

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                           RESPONDENT

### JUDGMENT

Pursuant to the Order entered this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby dismissed without prejudice.

SO ADJUDGED this 23rd day of December, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE